

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Barbara A. Gross
212.471.4486 direct
212.583.9600 main
646.219.4115 fax
bgross@littler.com

August 1, 2018

**VIA ECF**

The Honorable Pamela K. Chen
United States District Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:    Jane Doe v. St. John's University et al., Case No.: 18-cv-1733 (PKC)**

Dear Judge Chen:

We represent Defendants St. John's University and Jackie Lochrie (collectively, "Defendants") in the above referenced matter. We write, jointly with Plaintiff's counsel, to provide a status update of the case, pursuant to Your Honor's June 1, 2018 order.

As we indicated in our previous adjournment request (ECF Dkt. No. 12), counsel for the parties have agreed to try to resolve this matter through private mediation. The parties have scheduled a private mediation session for August 7, 2018 and continue to engage in settlement negotiations in advance of the scheduled mediation. The Parties will file a joint letter updating the Court of the status of settlement negotiations on or before August 15, 2018, or sooner if the matter is resolved before then.

We thank the Court for its consideration.

Respectfully submitted,

Littler Mendelson, P.C.

*/s/ Barbara A. Gross*

Barbara A. Gross

    cc:    Ms. Allegra Fishel, Esq. (via ECF)
            Ms. Iliana Konidaris, Esq. (via ECF)