

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Barbara A. Gross
212.471.4486 direct
212.583.9600 main
646.219.4115 fax
bgross@littler.com

August 13, 2018

**VIA ECF**

The Honorable Pamela K. Chen
United States District Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Jane Doe v. St. John's University et al., Case No.: 18-cv-1733 (PKC)

Dear Judge Chen:

We represent Defendants St. John's University and Jackie Lochrie (collectively, "Defendants") in the above referenced matter. We write, jointly with Plaintiff's counsel, to provide a status update of the case, pursuant to Your Honor's August 1, 2018 order.

As we indicated in our previous status letter (ECF Dkt. No. 13), counsel for the parties have agreed to try to resolve this matter through private mediation. The parties initially scheduled a private mediation session for August 7, 2018. Unfortunately, the mediation had to be postponed because our client had a serious family medical emergency. The mediation has since been rescheduled for September 17, 2018, the first available date for all parties and the parties have continued to be in contact regarding settlement discussions in the meantime. The Parties respectfully request that the Court continue to stay this matter and intend to file a joint letter updating the Court of the status of settlement negotiations on or before September 28, 2018, or sooner if the matter is resolved before then.

We thank the Court for its consideration.
Respectfully submitted,

Littler Mendelson, P.C.


*/s/ Barbara A. Gross*

Barbara A. Gross

cc:   Ms. Allegra Fishel, Esq. (via ECF)
      Ms. Iliana Konidaris, Esq. (via ECF)

littler.com