

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

November 30, 2018

Barbara A. Gross
212.471.4486 direct
212.583.9600 main
646.219.4115 fax
bgross@littler.com

**VIA ECF**

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Jane Doe v. St. John's University et al., Case No.: 18-cv-1733 (PKC)**

Dear Judge Scanlon:

We represent Defendants St. John's University and Jackie Lochrie (collectively, "Defendants") in the above referenced matter. We write, jointly with Plaintiff's counsel, to provide a status update of the case, in preparation for the conference scheduled before Your Honor on December 3, 2018 and in response to the request for the parties to file a proposed scheduling order prior to the conference.

The parties have been working diligently to finalize the settlement agreement in this matter (which included some complicated terms) and expect to have the agreement executed within the next week or so. Therefore, we request a very brief adjournment of any further action in this matter in order to allow the parties to finalize the settlement agreement expeditiously.

If the Court is unable to briefly adjourn further action in this matter, the parties instead request that the Court reschedule the pre-motion conference regarding Defendants' request to move to dismiss the Complaint that was adjourned on June 1 *sine die,* pending the then anticipated mediation and possible settlement of this matter. As a result of Defendants' pending request to move to dismiss, the parties respectfully request an adjournment of the requirement to file a proposed scheduling order.

We thank the Court for its consideration.

Respectfully submitted,

Littler Mendelson, P.C.

*/s/ Barbara A. Gross*

Barbara A. Gross

cc:    Ms. Allegra Fishel, Esq. (via ECF)
       Ms. Iliana Konidaris, Esq. (via ECF)

littler.com