

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

December 13, 2018

Barbara A. Gross
212.471.4486 direct
212.583.9600 main
646.219.4115 fax
bgross@littler.com

**VIA ECF**

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Jane Doe v. St. John's University et al., Case No.: 18-cv-1733 (PKC)

Dear Judge Scanlon:

We represent Defendants St. John's University and Jackie Lochrie (collectively, "Defendants") in the above referenced matter. We write, jointly with Plaintiff's counsel, to provide a status update of the case, in preparation for the conference scheduled before Your Honor on December 19, 2018 and in response to the request for the parties to file a proposed scheduling order prior to the conference.

The parties have finalized the settlement agreement between the parties. Pursuant to the terms of the settlement, the stipulation of dismissal with prejudice cannot be immediately filed, but it will be ready to be filed within the next 30 days (and likely sooner). Therefore, we request a very brief final adjournment of any further action in this matter in order to allow the parties time to file the stipulation of dismissal executed by the parties.

If the Court is unable to briefly adjourn further action in this matter, the parties again instead request that the Court reschedule the pre-motion conference regarding Defendants' request to move to dismiss the Complaint that was adjourned on June 1 *sine die,* pending the then anticipated mediation and possible settlement of this matter. As a result of Defendants' pending request to move to dismiss, the parties respectfully request an adjournment of the requirement to file a proposed scheduling order.

We thank the Court for its consideration.

Respectfully submitted,

Littler Mendelson, P.C.

*/s/ Barbara A. Gross*

Barbara A. Gross

littler.com

The Honorable Vera M. Scanlon
December 13, 2018
Page 2

cc:    Ms. Allegra Fishel, Esq. (via ECF)
       Ms. Iliana Konidaris, Esq. (via ECF)